```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

MICHAEL C. PFLANZ                                              PETITIONER

v.                      Case No. 3:11-CV-03004

BOONE COUNTY SHERIFF's DEPARTMENT
and STATE of ARKANSAS                                          DEFENDANTS

## **O R D E R**

On this 9th day of March 2011, there comes on for consideration the Report and Recommendation filed in this case on January 18, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 6). Also before the Court are Petitioner's objections. (Doc. 7).

The court has reviewed this case and, being well and sufficiently advised, finds as follows: Petitioner's objections offer neither law nor fact requiring departure from the Report and Recommendation. The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.**

Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the instant petition is **DISMISSED WITH PREJUDICE.**

Petitioner's Motion to Appoint Counsel, to the extent that it is still pending, is **DENIED AS MOOT.**

IT IS SO ORDERED this 9th day of March 2011.

                                    /s/ Paul K. Holmes III

                                                Paul K. Holmes III
                                                United States District Judge